Ira G. Greenberg
Kara M. Cormier
LOCKE LORD LLP
Attorneys for Plaintiff
200 Vesey Street, suite 2001
New York, NY 10281
(212) 415-8600
Ira.greenberg@lockelord.com
Kara.cormier@lockelord.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

ARTISTS RIGHTS ENFORCEMENT CORP.,

                Plaintiff,

Versus                                     No. 16 Civ. 1121 (JPO)

ESTATE OF BENJAMIN E. KING, et al.,         PLAINTIFF'S MOTION FOR
                                                    LEAVE TO AMEND COMPLAINT
                Defendants.

----------------------------------------------------------x

       Plaintiff Artists Rights Enforcement Corp. moves this Court, pursuant to Fed. R. Civ. P. 15, for leave to amend the complaint. This motion is made upon the declaration of Ira G. Greenberg, executed the 2d day of February, 2017, together with the exhibit thereto, and upon documents previously filed in this Court, which are cited by Docket Number. A memorandum of law is also being submitted in support of the motion.

       This motion will come on to be heard before Hon. J. Paul Oetkin, United States District Judge, at the Courthouse, 40 Centre Street, New York, NY 10007, on the 3d day of March, 2017, at 9:30 a.m. or as soon thereafter as counsel can be heard.

Responsive papers, if any, shall be served on the undersigned in accordance with S.D.N.Y. 6.1(b).

Dated: New York, NY
February 6, 2017

                                                                                        */s/ Ira G. Greenberg*
Ira G. Greenberg
Kara M. Cormier
LOCKE LORD LLP
Attorneys for Plaintiff
200 Vesey Street, suite 2001
New York, NY  10281
(212) 415-8600
Ira.greenberg@lockelord.com
Kara.cormier@lockelord.com

TO:

LOEB & LOEB LLP
Attorneys for Defendants
345 Park Avenue
New York, NY  10154
(212) 407-4000

AM 65454274.1